O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLYMPIA TVETER,<br><br>             Plaintiff,<br><br>  vs.<br><br>MARIA L. MARTINEZ, et al.,<br><br>             Defendants. | Case No. CV 09-3331-CJC (DTB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  Objections to the Report and Recommendation have been filed herein.  Having made a <u>de</u> <u>novo</u> determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

     IT THEREFORE IS ORDERED that the Motion to Dismiss is granted and this action is dismissed without prejudice.

DATED:  December 14, 2009

                                           CORMAC J. CARNEY
                                           UNITED STATES DISTRICT JUDGE