JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLYMPIA TVETER, | Case No. CV 09-3331-CJC (DTB) |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| MARIA L. MARTINEZ, et al., | |
| Defendants. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Motion to Dismiss is granted and this action is dismissed without prejudice.

DATED: December 14, 2009

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE